UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICKEY R. RICHARD                                    CIVIL ACTION

VERSUS                                               NO. 19-12892
                                                     c/w 19-13281

HOUMA POLICE DEPARTMENT, et al                       SECTION "J" (4)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that that Rickey R. Richard's 42 U.S.C. § 1983 claims and any state law claims against the Houma Police Department are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Richard's § 1983 claims of false imprisonment against Plantation Truck and its staff are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2) as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Richard's § 1983 claims of false imprisonment against Officer Oliver Holmes and his state law slander claims against Officer Holmes and Plantation Truck and its staff are **STAYED** and the Clerk of Court shall **CLOSE** these consolidated cases for administrative and statistical

purposes until Richard is convicted or the state criminal proceedings are concluded and a motion to reopen is granted by the Court.

New Orleans, Louisiana, this 11th day of February, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE